# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | **BEVERLY J. ALBRIGHT**, | : | Chapter 13 |
| | Debtor(s), | : | Case No. **5:15-bk-05378** |
| | | | |
| **BEVERLY J. ALBRIGHT,** | | : | Motion to Determine Validity of |
| | Objector(s), | : | Mortgage Payment Change |
| | v | : | |
| **NEWREZ, LLC,** dba Shellpoint Mortgage Servicing, | | : | Document No. 37, 40 |
| | | : | |
| | Claimant, | : | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties are attempting to resolve Motion and related matters. Both counsel also have scheduling conflict. The parties request a continuance to February 3, 2021.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 5, 2021                                J. Zac Christman, Esquire
                                                                       Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.