# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | **BEVERLY J. ALBRIGHT**, | : | Chapter 13 |
| | Debtor(s), | : | Case No. **5:15-bk-05378** |
| | | | |
| **BEVERLY J. ALBRIGHT,** | | : | Motion to Determine Validity of |
| | Objector(s), | : | Mortgage Payment Change |
| | v | : | |
| **NEWREZ, LLC,** dba Shellpoint Mortgage | | : | |
| Servicing, | | : | |
| | Claimant, | : | Documents: 37, 40 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☐ Thirty (30) days.

    ☒ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 2, 2021       J. Zac Christman, Esquire
                 Attorney for:  Beverly J. Albright

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.