# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BEVERLY J ALBRIGHT  Case No.: 5-15-05378-MJC
 Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

Creditor Name:                 NEWREZ LLC D/B/A/ SHELLPOINT MTG SERVICI
Court Claim Number:           005-3
Last Four of Loan Number:     0523
Property Address if applicable:    700 LAYTON ROAD, , CLARKS SUMMIT, PA18411

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:                                     $0.00
b. Prepetition arrearages paid by the Trustee:                     $0.00
c. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                  $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:    $0.00
e. Allowed postpetition arrearage:                                   $0.00
f. Postpetition arrearages paid by the Trustee:                    $0.00
g. Total b, d, f:                                                               $0.00

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Trustee made conduit payments from July 2020 to January 2021. Next post petition due date is unknown.

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 1, 2022

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: NEWREZ LLC D/B/A/ SHELLPOINT MTG SERVICI
Court Claim Number: 05C

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5010 | 1219580 | 07/07/2020 | $847.25 | $0.00 | $847.25 |
| 5010 | 1220619 | 08/12/2020 | $847.25 | $0.00 | $847.25 |
| 5010 | 1221679 | 09/17/2020 | $847.25 | $0.00 | $847.25 |
| 5010 | 1222680 | 10/15/2020 | $847.25 | $0.00 | $847.25 |
| 5010 | 1223504 | 11/03/2020 | $847.25 | $0.00 | $847.25 |
| 5010 | 1223504 | 11/03/2020 | $831.49 | $0.00 | $831.49 |
| 5010 | 1224445 | 12/10/2020 | $881.88 | $0.00 | $881.88 |
| 5010 | 1226231 | 01/19/2021 | $881.88 | $0.00 | $881.88 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BEVERLY J ALBRIGHT  Case No.: 5-15-05378-MJC
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHN FISHER<br>126 SOUTH MAIN STREET<br>PITTSTON PA, 18640- | SERVED ELECTRONICALLY |
| SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC, 29603-0826 | SERVED BY 1ST CLASS MAIL |
| BEVERLY J ALBRIGHT<br>700 LAYTON ROAD<br>CLARKS SUMMIT, PA 18411 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com