Certificate Number: 17082-PAM-DE-037044942

Bankruptcy Case Number: 15-05378



17082-PAM-DE-037044942

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 15, 2022, at 9:47 o'clock AM MST, BEVERLY ALBRIGHT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: December 15, 2022 | By: /s/Orsolya K Lazar |
| | Name: Orsolya K Lazar |
| | Title: Executive Director |